# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Keven Gene Payne**,** Plaintiff(s), vs. Commissioner of Social Security **,** Defendant(s). | JUDGMENT IN CASE 1:20-cv-00223-RJC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2022 Order.

March 7, 2022

Frank G. Johns, Clerk
United States District Court